IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBEL VERSHON CARTER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-20-1998 |
| | § | |
| HARRIS COUNTY JAIL, | § | |
| | § | |
| *Defendant.* | § | |

# FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this lawsuit is **DISMISSED** as malicious and for failure to state a viable claim for relief.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the ___18th___ day of June, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE